# CIVIL COVER SHEET

JS 44 (Rev. 07/89)

RECD 10 NOV 19 13:27 USDC-ORE

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Clayton L. Howard
SID #5838277

## DEFENDANTS
ODOC, Max Williams, Mitch Morrow, Birdie Worley, Stan Czerniak, Dick Hawk

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Malheur
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Marion
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Clayton Howard #5838277
777 Stanton Blvd. (SRCI)
Ontario, OR. 97914

ATTORNEYS (IF KNOWN)
Department of Justice
1162 Court St. N.E.
Salem, OR. 97301

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION
42 USC § 1983, Injunctive Relief only, Challenging Constitutionality of ODOC Rules

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

**CIVIL RIGHTS:** ☒ 440 Other Civil Rights

**OTHER STATUTES:** ☒ 950 Constitutionality of State Statutes

## VI. ORIGIN
☒ 1 Original Proceeding

## VII. REQUESTED IN COMPLAINT:
DEMAND $ 6,000 Injunction Relief
JURY DEMAND: ☒ NO

## VIII. RELATED CASE(S) IF ANY

DATE: 11-19-10

SIGNATURE OF ATTORNEY OF RECORD: Clayton Howard

UNITED STATES DISTRICT COURT