UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Clayton L Howard,

                **Plaintiff,**

            **v.**                                    **Case No. 6:10-cv-06390-AA**

Oregon Department of Corrections et al,

                **Defendants.**

## JUDGMENT

This action is dismissed, with prejudice.

Dated:    9/6/2013

                MARY L. MORAN, Clerk

            by   /s/ G. Williams
                    G. Williams, Deputy Clerk